| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MELVIN ANDERSON, §
§
    Petitioner, §
§
*versus* § CIVIL ACTION NO. 1:22-CV-580
§
WARDEN, FCC BEAUMONT, §
§
    Respondent. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Melvin Anderson, an inmate confined at FCC Beaumont, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On February 28, 2024, the magistrate judge entered a Report and Recommendation in which she recommended denying the petition (#16). To date, Petitioner has not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate judge (#16) is **ADOPTED**. This habeas petition filed pursuant to 28 U.S.C. § 2241 is **DISMISSED** with

prejudice. A final judgment will be entered in accordance with the recommendation of the magistrate judge.

**Signed this date**

**Mar 21, 2024**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE