**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| MELVIN ANDERSON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:22-CV-580 |
| | § | |
| WARDEN, FCC BEAUMONT, | § | |
| | § | |
| Respondent. | § | |

### ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Melvin Anderson, a prisoner confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On February 28, 2024, the magistrate judge recommended denying the petition. Proper notice was sent to Petitioner at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). Petitioner did not file objections to the Report and Recommendation, and a final judgment was entered on March 21, 2024. Petitioner filed a Motion for Relief from Judgment, in which he asserted that he was unable to file timely objections because his prison facility was on lockdown. On February 4, 2025, the motion was granted, and Petitioner was allowed thirty days from the date of the order in which to file objections. Petitioner did not file additional objections, but the court liberally construes the Motion for Relief from Judgment as objections to the Report and Recommendation.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and the pleadings, and has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit.

## ORDER

Accordingly, Petitioner's objections (#19) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge (#16) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 8th day of October, 2025.

_Marcia A. Crone_
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

2